IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

TERRELL ANTHONY SCOTT,

    Petitioner,

v.

THERESA DEL BASIO, et al.,

    Respondents.

CIVIL ACTION NO. 3:CV-15-1021

(JUDGE CAPUTO)

(MAGISTRATE JUDGE CARLSON)

## ORDER

**NOW**, this 15th day of June, 2015, upon *de novo* review of Magistrate Judge Carlson's Report and Recommendation (Doc. 4), **IT IS HEREBY ORDERED** that:

(1)    The Report and Recommendation (Doc. 4) is **ADOPTED**.

(2)    The Clerk of Court shall transfer Petitioner's Emergency Petition for Writ of Habeas Corpus (Doc. 1) to the United States District Court for the Eastern District of Pennsylvania pursuant to 28 U.S.C. § 2241(d).

(3)    The Clerk of Court is directed to mark the case as **CLOSED**.

/s/ A. Richard Caputo
A. Richard Caputo
United States District Judge